# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JONATHAN HALLEY

VERSUS

ENRIQUE WILSON, ET AL

NO.   2021 CW 0305

**APRIL 26, 2021**

---

In Re:   Auto   Owners   Automobile   Insurance,   applying   for
supervisory   writs,   16th   Judicial   District   Court,
Parish of St. Mary, No. 132824.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (*per curiam*), are not met.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT